**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 06-7331**

---

PETER O. ODIGHIZUWA,

Plaintiff - Appellant,

versus

TRACEY S. RAY, Warden; LIEUTENANT MULLINS, in his official and individual capacity; LIEUTENANT YOUNEE, in his official and individual capacity; LIEUTENANT ROSE, in his official and individual capacity; SERGEANT DAY, in his official and individual capacity; CAPTAIN TAYLOR, in his official and individual capacity; DOCTOR WILLIAMS, in his individual capacity and official capacity; LIEUTENANT YOUNCE,

Defendants - Appellees.

---

**No. 06-7850**

---

PETER O. ODIGHIZUWA,

Plaintiff - Appellant,

versus

TRACEY S. RAY, Warden; LIEUTENANT MULLINS, in his official and individual capacity; LIEUTENANT YOUNEE, in his official and individual capacity; LIEUTENANT ROSE, in his official and individual capacity; SERGEANT DAY, in his official and individual capacity;

CAPTAIN TAYLOR, in his official and individual
capacity; LIEUTENANT YOUNCE,

                              Defendants - Appellees,

        and

DOCTOR WILLIAMS, in his individual capacity
and official capacity,

                              Defendant.

--------------------

Appeals from the United States District Court for the Western
District of Virginia, at Roanoke.  Glen E. Conrad, District Judge.
(7:06-cv-00185-gec)

--------------------

Submitted: February 15, 2007        Decided:  February 22, 2007

--------------------

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

--------------------

Affirmed by unpublished per curiam opinion.

--------------------

Peter O. Odighizuwa, Appellant Pro Se.

--------------------

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Peter O. Odighizuwa appeals the district court's orders denying a preliminary injunction and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Odighizuwa v. Ray, No. 7:06-cv-00185-gec (W.D. Va. July 13, 2006; Oct. 24, 2006). We deny Odighizuwa's motions for appointment of counsel and for an injunction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED